IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELLE HU, | : | CIVIL ACTION |
| | : | NO. 16-5037 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| HERR FOODS, INC., | : | |
| | : | |
| Defendant. | : | |

# **O R D E R**

**AND NOW**, this **24th** day of **April, 2017,** for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. Defendant's Motion for Judgment on the Pleadings (ECF No. 23) is **GRANTED in part** and **DENIED in part.** The motion is **GRANTED** to the extent that it seeks the dismissal of Plaintiff's claims, but **DENIED** to the extent that it seeks the entry of judgment for Defendant and against Plaintiff.

2. Counts I and II of Plaintiff's Amended Complaint (ECF No. 18) are **DISMISSED without prejudice.**

3. Count III is **DISMISSED with prejudice.**

4. Plaintiff is granted leave to amend her complaint with respect to Counts I and II on or before **May 24, 2017.**

5. Defendant's Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11 (ECF No. 27) is **DENIED.**

**AND IT IS SO ORDERED.**

                           s/ Eduardo C. Robreno
                           **EDUARDO C. ROBRENO, J.**